**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   DAVID R HARDING  §
         ARTISIA L HARDING §   Case No.: 08-19139
                           §
                           §
         Debtor(s)         §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/25/2008.

2) This case was confirmed on 11/12/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/12/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/23/2010.

5) The case was dismissed on 03/10/2010.

6) Number of months from filing to the last payment: 19

7) Number of months case was pending: 23

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    8,918.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 28,815.00 |
| Less amount refunded to debtor | $      .00 |
| **NET RECEIPTS** | $ 28,815.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,551.00 |
| Court Costs | $      .00 |
| Trustee Expenses and Compensation | $ 2,028.06 |
| Other | $      .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,579.06 |
| Attorney fees paid and disclosed by debtor | $   949.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | PRIORITY | NA | 539.80 | 539.80 | 539.80 | 11.70 |
| ARROW FINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 305.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,949.00 | 1,949.14 | 1,949.14 | 505.45 | .00 |
| HSBC BANK N | UNSECURED | 893.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 519.00 | NA | NA | .00 | .00 |
| ASSOCIATED ST JAMES | UNSECURED | 27.00 | NA | NA | .00 | .00 |
| AT T | UNSECURED | 121.00 | NA | NA | .00 | .00 |
| BARCLAYS BANK DELAWA | UNSECURED | 877.00 | NA | NA | .00 | .00 |
| BENEFICIAL ILLINOIS | UNSECURED | 12,732.00 | NA | NA | .00 | .00 |
| BIG TOP AUTO | UNSECURED | 581.00 | NA | NA | .00 | .00 |
| APPLIED CARD BANK | OTHER | NA | NA | NA | .00 | .00 |
| BMG | UNSECURED | 32.00 | NA | NA | .00 | .00 |
| BRINKS HOME SECURITY | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2,174.00 | 2,555.60 | 2,555.60 | 662.70 | .00 |
| CAPITAL ONE | UNSECURED | 1,663.00 | 1,418.10 | 1,418.10 | 367.73 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,240.00 | 1,325.30 | 1,325.30 | 343.68 | .00 |
| CAPITAL ONE | UNSECURED | 1,118.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 877.00 | 939.06 | 939.06 | 243.52 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 854.60 | 854.60 | 221.61 | .00 |
| CAPITAL ONE | UNSECURED | 799.00 | 792.92 | 792.92 | 205.63 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 382.00 | 459.59 | 459.59 | 119.18 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 167.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ST MARGARET MERCY | UNSECURED | 97.00 | NA | NA | .00 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| CODILIS & ASSOCIATES | OTHER | NA | NA | NA | .00 | .00 |
| ECHO | UNSECURED | 215.00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | 604.00 | NA | NA | .00 | .00 |
| EMERGENCY CARE HEALT | UNSECURED | 215.00 | NA | NA | .00 | .00 |
| EXPRESS WFFNB | UNSECURED | 1,268.00 | NA | NA | .00 | .00 |
| EXPRESS WFFNB | UNSECURED | 914.00 | NA | NA | .00 | .00 |
| EXXON MOBILE | UNSECURED | 589.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 629.00 | 629.60 | 629.60 | 163.27 | .00 |
| CAPITAL ONE BANK | OTHER | NA | NA | NA | .00 | .00 |
| BENEFICIAL FINANCE | OTHER | NA | NA | NA | .00 | .00 |
| GEMB/PEP BOYS | UNSECURED | 805.00 | NA | NA | .00 | .00 |
| HSBC NV GM CARD | UNSECURED | NA | NA | NA | .00 | .00 |
| HSBC NV GM CARD | UNSECURED | 594.00 | NA | NA | .00 | .00 |
| HSBC NV GM CARD | UNSECURED | NA | NA | NA | .00 | .00 |
| HSBC/CARSONS | UNSECURED | NA | NA | NA | .00 | .00 |
| JUNIPER BANK | UNSECURED | 838.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 180.00 | 269.60 | 269.60 | .00 | .00 |
| LEADINGMAN CLOTHES | UNSECURED | 133.00 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | 1,604.00 | 1,604.99 | 1,604.99 | 416.20 | .00 |
| METLIFE AUTO HOME | UNSECURED | 877.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 192.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 745.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 291.00 | NA | NA | .00 | .00 |
| ORCHARD BANK | UNSECURED | 808.00 | NA | NA | .00 | .00 |
| PCDI | UNSECURED | 616.00 | NA | NA | .00 | .00 |
| HOUSEHOLD | OTHER | NA | NA | NA | .00 | .00 |
| PREMIUM CREDIT CORP | UNSECURED | 693.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 794.00 | 838.73 | 838.73 | 217.50 | .00 |
| RICHTON PARK FIRE DE | UNSECURED | 380.00 | NA | NA | .00 | .00 |
| HIGHLIGHTS FOR CHILD | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| FFAM | UNSECURED | 594.00 | NA | NA | .00 | .00 |
| SAMS CLUB | UNSECURED | 699.00 | NA | NA | .00 | .00 |
| SMH FEDERAL CREDIT U | UNSECURED | 654.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL & | UNSECURED | 324.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HO | UNSECURED | 97.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HO | UNSECURED | 233.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 466.00 | 466.77 | 466.77 | 121.04 | .00 |
| AMERICAN HOME SHIELD | UNSECURED | 114.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,700.00 | 1,750.57 | 1,750.57 | 453.96 | .00 |
| WEXLER & WEXLER | OTHER | NA | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | 122,483.52 | 117,095.29 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LITTON LOAN SERVICIN | SECURED | 20,571.25 | 20,571.25 | .00 | .00 | .00 |
| CHASE HOME FINANCE | OTHER | NA | NA | NA | .00 | .00 |
| SMH FEDERAL CREDIT U | SECURED | 9,315.00 | .00 | 9,315.00 | 8,081.19 | 434.69 |
| SMH FEDERAL CREDIT U | UNSECURED | 11,535.00 | NA | NA | .00 | .00 |
| SMH FEDERAL CREDIT U | SECURED | 10,090.00 | .00 | 10,090.00 | 8,753.56 | 470.83 |
| SMH FEDERAL CREDIT U | UNSECURED | 10,761.00 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,900.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | NA | 5,388.23 | .00 | .00 | .00 |
| LITTON LOAN SERVICIN | OTHER | NA | NA | NA | .00 | .00 |
| LITTON LOAN SERVICIN | OTHER | NA | NA | NA | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | NA | .00 | .00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 805.38 | 805.38 | 208.85 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 1,275.53 | 1,275.53 | 1,275.53 | .00 |
| LITTON LOAN SERVICIN | UNSECURED | 10,713.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | PRIORITY | 1,900.00 | NA | NA | .00 | .00 |
| LUCILLE CLINTON SMIT | OTHER | NA | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | SECURED | NA | .00 | 350.00 | 350.00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 263.49 | 263.49 | 68.32 | .00 |
| ILLINOIS ATTORNEY GE | UNSECURED | NA | 4,721.00 | 4,721.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 19,405.00 | 16,834.75 | 905.52 |
| All Other Secured | 350.00 | 350.00 | .00 |
| **TOTAL SECURED:** | 19,755.00 | 17,184.75 | 905.52 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,815.33 | 1,815.33 | 11.70 |
| **TOTAL PRIORITY:** | 1,815.33 | 1,815.33 | 11.70 |
| **GENERAL UNSECURED PAYMENTS:** | 21,644.44 | 4,318.64 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,579.06 |
| Disbursements to Creditors | $ | 24,235.94 |
| **TOTAL DISBURSEMENTS:** | $ | 28,815.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/10/2010                              /s/ Tom  Vaughn
                                                 Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**